IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-00367

SOUTHWESTERN WATER EXPLORATION COMPANY and
AMERICAN INSTITUTE OF FORMATION EVALUATION COMPANY,

       Plaintiff,

v.

STEVEN B. MISNER,
BARBARA J. McALLISTER,
AMERICAN INSTITUTE OF FORMATION EVALUATION COMPANY, LTD, and
JOHN DOES 1 AND 2,

       Defendants,

and

STEVEN B. MISNER,

       Defendant and Third Party Plaintiff,

v.

TOR BOSWICK, SR.,

       Third Party Defendant.

---

ORDER FOR ADMINISTRATIVE CLOSURE

---

       It appearing from the state of the record in this case in which the last pleading was a status report of third-party defendant Tor Boswick, Sr., and there having been no pleadings pursuant to Fed.R.Civ.P. 55(b)(2) on the defaults entered, the Court concludes that the parties have apparently lost interest in pursuing this litigation and it is therefore

ORDERED that this civil action is closed administratively pursuant to D.C.Colo.LCivR 41.2.

Dated: November 18th, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge